# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2021

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162236

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JASON SZYMANSKI,
    Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS and
PAROLE BOARD,
    Defendants-Appellees.
_____/

SC: 162236
COA: 350489
Washtenaw CC: 19-000503-AA

      On order of the Chief Justice, because plaintiff-appellant failed to timely pay the partial filing fee as required by the order of November 16, 2020, the Clerk of the Court is hereby directed to administratively dismiss the application and close the file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2021



Clerk